UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP,
LLC.,

                      Plaintiff,

            -v-

ADOCFAN-US, *et al.*,

                  Defendants.

21-CV-3623 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated in the order dated November 29 entered in related case No. 21-CV-3621, this case is STAYED pending the Second Circuit appeal in *Smart Study Co. v. Acuteye-Us.*, No. 1:21-CV-5860-GHW, 2022 WL 2872297 (S.D.N.Y. July 21, 2022).

    The Clerk of Court is directed to mark this case as STAYED and to close the motion at ECF No. 43.

    SO ORDERED.

Dated:  November 29, 2022
        New York, New York

                                    J. PAUL OETKEN
                            United States District Judge